UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01069-APG-DJA<br><br>**Order Affirming Magistrate Judge Order and Denying Appeal**<br><br>[ECF No. 5] |

On June 21, 2024, Magistrate Judge Albregts ordered plaintiff Nicholas Johnson to either pay the full $405 filing fee or file a fully complete application to proceed in forma pauperis with all required documents. ECF No. 4. Mr. Johnson filed an appeal of that order. ECF No. 5. I have reviewed the appeal, Judge Albregts' Order, and the underlying papers. Judge Albregts' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that Magistrate Judge Albregts' Order **(ECF No. 4) is affirmed**, and Mr. Johnson's appeal **(ECF No. 5) is denied**.

DATED this 3rd day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE