AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NICHOLAS JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>Defendant. | Case No. 2:24-cv-01069-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff, Nicholas Johnson, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

Page 1

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.
3  DATED this 30th day of May, 2025                    DATED this 30th day of May, 2025

AARON D. FORD
Attorney General

By:_____                          By: /s/ Kyle L. Hill _____
NICHOLAS JOHNSON                                      KYLE L. HILL (Bar No. 16094)
Plaintiff                                             Deputy Attorney General
                                                      *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED June 17, 2025, 2025.

_____
UNITED STATES DISTRICT JUDGE